```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION

VIRGIN RECORDS AMERICA, et al.,   )
                                  )
            Plaintiffs,           )
                                  )
       v.                         )  No. 4:06CV1477(CEJ)
                                  )
SHIRL SMITH,                      )
                                  )
            Defendant.            )
```

**ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in this matter is continued to **Thursday, February 1, 2007 at 9:00 A.M. The conference will be via telephone.**

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 11th day of January, 2007.